■ In the Matter of ANTHONY DESA, M.B., B.S., Respondent, v STATE OF NEW YORK et al., Appellants. (Appeal No. 1.) [18 NYS3d 911]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered March 10, 2014 in a proceeding pursuant to CPLR article 78. The order, among other things, held respondents in civil contempt of prior orders of the court.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ In the Matter of ANTHONY DESA, M.B., B.S., Respondent, v STATE OF NEW YORK et al., Appellants. (Appeal No. 2.) [18 NYS3d 911]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered June 20, 2014 in a proceeding pursuant to CPLR article 78. The order awarded petitioner attorney's fees and costs.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Villar v Howard*, 126 AD3d 1297, 1300 [2015]). Present—Centra, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.